MAYER·BROWN

Mayer Brown LLP
1221 Avenue of the Americas
New York, New York 10020-1001

Main Tel +1 212 506 2500
Main Fax +1 212 262 1910
www.mayerbrown.com

**Michael Martinez**
Direct Tel +1 212 506 2514
michael.martinez@mayerbrown.com

July 14, 2017

The Honorable J. Paul Oetken
U.S. District Court Southern District of New York
40 Foley Square, Room 2101
New York, NY  10007

Re:   *Securities and Exchange Commission v. Im*
      17-cv-3613-JPO

Dear Judge Oetken:

Plaintiff Securities and Exchange Commission ("SEC") and Defendant James Im write jointly to request a brief extension of the deadline to move, answer or otherwise respond to the Complaint in the above-referenced matter, and to seek Your Honor's approval of a proposed briefing schedule in the event Mr. Im files a motion to dismiss.  This is the parties' first request for an extension.

As brief background, Mr. Im's counsel waived service of summons on May 16, 2017.  Pursuant to Rule 4, Mr. Im's deadline to move, answer or otherwise respond to the Complaint is July 17, 2017.

The parties have agreed to the following revised deadline and briefing schedule, subject to the Court's approval:

**August 7, 2017**:  Deadline for Mr. Im to move, answer or otherwise respond to the Complaint;

**September 22, 2017**:  Deadline for SEC to submit brief in opposition to Mr. Im's motion to dismiss;

**October 13, 2017**:  Deadline for Mr. Im to submit reply brief in further support of motion to dismiss.

Respectfully,

/s/ Michael Martinez
Michael Martinez
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY  10020
Phone: (212) 506-2500
Fax: (212) 262-1910
michael.martinez@mayerbrown.com
*Counsel for Defendant*

Mayer Brown LLP operates in combination with other Mayer Brown entities (the "Mayer Brown Practices"), which have offices in North America, Europe and Asia and are associated with Tauil & Chequer Advogados, a Brazilian law partnership.

The Honorable J. Paul Oetken
July 14, 2017
Page 2

/s/ Richard S. Hong
Securities and Exchange Commission
200 Vesey Street
New York, NY  10281
Phone: (212) 336-0956
Fax: (212) 336-1348
hongr@sec.gov
*Counsel for Plaintiff*

All counsel of record (*via ECF*)