

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
NEW YORK REGIONAL OFFICE
BROOKFIELD PROPERTIES, 200 VESEY ST., ROOM 400
NEW YORK, NEW YORK 10281

WRITER'S DIRECT DIAL LINE
Richard Hong
(212) 336-0956

July 10, 2018

**Via ECF**

The Honorable J. Paul Oetken
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**RE : SEC v. Im (SDNY, No. 17-CV-03613)**

Dear Judge Oetken,

Plaintiff Securities and Exchange Commission ("Commission") respectfully requests that Andrew M. Calamari, who is no longer employed by the Commission, be removed as counsel.

Respectfully submitted,

Richard Hong

**So Ordered:**   July 10, 2018

J. PAUL OETKEN
United States District Judge

cc: Counsel for Defendant (ECF)