UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE
COMMISSION,

                        Plaintiff,           17-CV-3613 (JPO)

            -v-                                ORDER

JAMES H. IM,

                       Defendant.

---

J. PAUL OETKEN, District Judge:

      A conference was held in this case on September 3, 2020. This Order confirms the schedule set during that conference:

- A jury trial in this case is scheduled to begin on April 5, 2021, at 9:30 a.m.

- The final pretrial conference will be held on March 24, 2021, at 11:00 a.m.

- The parties shall file a joint pretrial order by February 5, 2021.

- Proposed jury instructions and voir dire questions, and any motions *in limine*, are due by March 5, 2021.

- Responses in opposition to any motions *in limine* are due by March 12, 2021.

- Replies in support of any motions *in limine*, if needed, are due by March 19, 2021.

      SO ORDERED.

Dated: September 3, 2020
       New York, New York

                                                   J. PAUL OETKEN
                                                   United States District Judge