UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

                    Plaintiff,

          -v-

JAMES H. IM,

                    Defendant.

17-CV-3613 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    As a result of courthouse restrictions due to the Covid-19 pandemic and the backlog of criminal trials, the trial in this case, previously scheduled for December 6, 2021, will have to be rescheduled to 2022. The Court will schedule a telephone conference to address scheduling.

    SO ORDERED.

Dated: September 14, 2021
       New York, New York

_____
J. PAUL OETKEN
United States District Judge