UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE
COMMISSION,

                          Plaintiff,                   17-CV-3613 (JPO)

             -v-                                    ORDER

JAMES H. IM,

                          Defendant.

---

J. PAUL OETKEN, District Judge:

        The jury trial in this case, previously scheduled for February 28, 2022, is hereby adjourned to Thursday, March 10, 2022, with jury selection beginning at 9:30 a.m. on that date. This case is the second-priority case for jury selection on March 10, 2022, behind 15-CV-3518, meaning that this case will go forward if trial in 15-CV-3518 is adjourned (or if courthouse protocols by that time permit jury selection to proceed in my courtroom). The final pretrial conference will still be held on February 22, 2022, and all pretrial deadlines remain the same.

        SO ORDERED.

Dated: January 5, 2022
       New York, New York

                                                              J. PAUL OETKEN
                                                   United States District Judge