

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

NEW YORK
REGIONAL OFFICE

April 18, 2022

**BY ECF**

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *SEC v. James H. Im*, No. 17-cv-03613-JPO (S.D.N.Y.)

Dear Judge Oetken:

Plaintiff Securities and Exchange Commission ("SEC"), with the consent of Defendant James H. Im, respectfully submits this letter seeking an adjournment of the opening statements and the evidentiary portion of the trial until Wednesday, April 27, 2022.

As you know, the jury trial in this matter is scheduled for Monday, April 25, 2022. Over the past weekend, however, a member of the SEC trial team received a positive result on a COVID-19 test. Based on the SEC's assessment and the Court's latest COVID-19 rules, we believe that everyone on the SEC trial team can return safely on April 27th.

In light of this development, the SEC respectfully requests that while the jury selection begin as scheduled, on April 25th, the opening statements and the evidentiary portion of the case begin on April 27th.

Respectfully submitted,

*/s/ Richard Hong*
Richard Hong
Senior Trial Counsel
212.336.0956
HongR@sec.gov
Counsel for Plaintiff SEC

cc:  Counsel of record (via ECF)