UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE
COMMISSION,

                      Plaintiff,

-v-

JAMES H. IM,

                      Defendant.

17-CV-3613 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    The letter request at Docket Number 128 is granted on consent.  Jury selection will begin on Monday, April 25, 2022.  Opening statements and the evidentiary portion of the trial will begin on Wednesday, April 27, 2022, at 9:30 a.m.  Counsel for the parties are directed to contact Joseph Pecorino of the District Executive Office (joseph_pecorino@nysd.uscourts.gov, (212) 805-0504) to confirm that the proposed schedule adheres to the current administrative rules relating to COVID-19 exposure.

    In addition, as stated on the record at the final pretrial conference held on April 14, 2022, the parties' motions in limine are granted in part and denied in part and decision is reserved in part.

    The Clerk of Court is directed to close Docket Numbers 89, 91, 93, 95, 97, 102, 105, and 128.

    SO ORDERED.

Dated: April 19, 2022
       New York, New York

                                              J. PAUL OETKEN
                                              United States District Judge