UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

    -v-

JAMES H. IM,

                Defendant.

17-CV-3613 (JPO)

---

# **VERDICT FORM**

1. (FIRST CLAIM FOR RELIEF) Did Defendant James H. Im ("Im") violate **Section 10(b)** of the Exchange Act and any subpart of **Rule 10b-5**?

   Yes _____   No _____

2. (SECOND CLAIM FOR RELIEF) Did Im violate **Section 17(a)(1)** of the Securities Act?

   Yes _____   No _____

3. (SECOND CLAIM FOR RELIEF) Did Im violate **Section 17(a)(2)** of the Securities Act?

   Yes _____   No _____

4. (SECOND CLAIM FOR RELIEF) Did Im violate **Section 17(a)(3)** of the Securities Act?

   Yes _____   No _____

5. (THIRD CLAIM FOR RELIEF) Did Im aid and abet a violation by Nomura of **Section 10(b)** of the Exchange Act and any subpart of **Rule 10b-5**?

   Yes _____   No _____

6. (FOURTH CLAIM FOR RELIEF) Did Im aid and abet a violation by Nomura of **Section 17(a)(1)** of the Securities Act?

   Yes _____   No _____

7. (FOURTH CLAIM FOR RELIEF) Did Im aid and abet a violation by Nomura of **Section 17(a)(2)** of the Securities Act?

        Yes _____        No _____

8. (FOURTH CLAIM FOR RELIEF) Did Im aid and abet a violation by Nomura of **Section 17(a)(3)** of the Securities Act?

        Yes _____        No _____

*After completing the Verdict Form,* **the foreperson should sign and then give a note — NOT the Verdict Form itself — to the Court Security Officer stating that you have reached a verdict.**

_____
    FOREPERSON

Date and Time: _____