UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Securities and Exchange Commission,

                Plaintiff,                              17 **CIVIL** 3613 (JPO)

      -against-                                    **JUDGMENT**

James Im,
                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable J. Paul Oetken, United States District Judge, the jury having returned a verdict in favor of Defendant, and the Complaint is hereby dismissed.

**DATED:** New York, New York
            May 9, 2022

                                                                       **RUBY J. KRAJICK**

**So Ordered:**                                                           Clerk of Court

                                              **BY:**

_____                _____
        J. PAUL OETKEN                                         **Deputy Clerk**
  United States District Judge